Max Barkin, appellee, v. J. J. Gutstaadt, appellant. Gen. No. 31,865.

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 27, 1927.

Lewis & Lewis, for appellant; Joseph H. Platt, of counsel. Rosenberg, Braude & Zimmerman, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

---

Dennis J. Egan, bailiff of the municipal court of Chicago, plaintiff in error, v. Fred F. Ludke and Jacob Rissman, defendants in error. Gen. No. 31,218.

Writ of error to review an order vacating an order to set aside a satisfaction of judgment. Error to the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed January 18, 1928.

G. A. Buresh and Louis I. Gottlieb, for plaintiff in error. No appearance for defendants in error.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

John A. Norris, appellee, v. Tuthill Building Material Company, appellant. Gen. No. 31,860.

Action for damages to automobile in collision with truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed January 18, 1928.

Hogan & Dougherty, for appellant. Howard P. Roe, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Broadview Building Corporation, appellee, v. Morris Ehrlich, appellant. Gen. No. 31,872.

Appeal from order overruling motion to vacate judgment by confession on lease. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed January 18, 1928. Rehearing denied January 30, 1928.

Haffenberg, Kopald & Burns, for appellant. Rathje, Wesemann, Hinckley & Barnard, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Arthur Davis for use of J. C. Hunt, trading as Chicago Phonograph Manufacturing Company, appellee, v. White Way Wet Wash Laundry, Inc., appellant. Gen. No. 31,909.

Appeal from denial of motion to vacate default judgment. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed January 18, 1928.

William Feldman, for appellant. Warren B. Buckley, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.